IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICHAEL DAVID ROBINSON
A/K/A JACOB SHORT                                          PLAINTIFF

       v.       Civil No. 08-5232

KEITH FERGUSON, Sheriff,
Benton County, Arkansas;
DR. NEIL MULLINS;
NURSE SUE McDONALD;
CAPTAIN HUNTER PETRAY;
and Lt. CARTER                                             DEFENDANTS

## ORDER

NOW on this 15th day of March 2010, comes on for consideration the Report and Recommendation of the Magistrate Judge (document #19), filed on February 23, 2010, to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report and Recommendation of the Magistrate Judge is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #19) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, the plaintiff's complaint is **dismissed** for failure to follow a Court Order and for failure to prosecute.

**IT IS SO ORDERED.**

        /s/ Jimm Larry Hendren
        JIMM LARRY HENDREN
        UNITED STATES DISTRICT JUDGE